Prob 35
(Rev.3/97)

Report and Order Terminating Supervision
Prior to Original Expiration Date

RECEIVED
06 JUL 13 AM 10:48
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

**David Gerald Ray**,

Defendant.

Docket No. 0:02CR00366-001

On June 24, 2004, the above defendant was placed on supervision for a period of 3 years supervised release. This defendant has complied with the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that this defendant be discharged from supervision.

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this 13th day of July, 2006.

Honorable David S. Doty
Senior U.S. District Judge

c: Mark A. Mills, U.S. Probation Officer

SCANNED
JUL 13 2006
U.S. DISTRICT COURT MPLS